**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7165**

───────────

SAMUEL TROY DUGAN,

                                    Petitioner - Appellant,

        versus

COMMONWEALTH OF VIRGINIA DEPARTMENT OF COR-
RECTIONS; DAVID W. ROBINSON, Warden; NOTTOWAY
CORRECTIONAL CENTER,

                                    Respondents - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-98-543)

───────────

Submitted:  February 25, 1999          Decided:  March 8, 1999

───────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Samuel Troy Dugan, Appellant Pro Se.  Pamela Anne Sargent, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel Troy Dugan seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Dugan v. Virginia Dep't of Corrections</u>, No. CA-98-543 (E.D. Va. July 1, 1998). We deny Dugan's motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2